**Order entered January 10, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00967-CV

## IN RE CREMONA BISTRO CORP., Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11023-M**

## ORDER

Before the Court is relator's August 15, 2016 Petition for Writ of Mandamus. The Court requests that the Real Parties in Interest and Respondent file their responses to the petition, if any, on or before February 1, 2017.

/s/ DOUGLAS S. LANG
JUSTICE

/